# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

DAVID M. MANSFIELD,

    Plaintiff,

vs.                                                                               Civ. No. 19-403 JCH/GJF

UNIT MANAGER ARMENDIAZ,
and WARDEN PETERS,

    Defendants.

## ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915(b), AND TO MAKE PAYMENTS OR SHOW CAUSE

THIS MATTER is before the Court on Plaintiff's filing, entitled "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915" [ECF 2] ("Motion"). After reviewing Plaintiff's Motion, including his inmate account statement [ECF 2 at 4], the Court will GRANT Plaintiff leave to proceed under 28 U.S.C. § 1915(a) and (b). Consequently, Plaintiff is required to make installment payments until the full amount of the filing fee, $350.00, is paid. 28 U.S.C. § 1915(b)(1). In addition, the Court finds that Plaintiff owes an initial partial payment of $6.86. If Plaintiff fails to make a payment by the designated deadline or show cause why such payment should be excused, the civil rights complaint may be dismissed *without further notice*.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that, **no later than June 4, 2019**, Plaintiff shall send to the Clerk an initial partial payment of $6.86 or show cause as to why this payment should be excused.

**IT IS FURTHER ORDERED** that the Clerk is directed to provide Plaintiff with two copies of this Order, and that Plaintiff make the necessary arrangements to attach one copy of this Order to the check in the $6.86 amount of the initial partial payment.

**IT IS FINALLY ORDERED** that, after payment of the $6.86 initial partial fee, Plaintiff make monthly payments of twenty per cent (20%) of the preceding month's income credited to his account or show cause why the designated payments should be excused.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE